# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

JAMES OLIVER,

:  No. 32 EM 2018

Petitioner

v.

PENNSYLVANIA BOARD OF
PROBATION AND PAROLE,

Respondent

## <u>ORDER</u>

**PER CURIAM**

**AND NOW**, this 30th day of May, 2018, the Petition for Leave to File for Allowance of Appeal *Nunc Pro Tunc* is DENIED.